**Order entered May 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00159-CV

### KBIDC INVESTMENTS, LLC, Appellant

### V.

### ZURU TOYS INC., ZURU INC., AND ZURU LTD., TINNUS ENTERPRISES, LLC AND JOSH MALONE, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-05584-2017**

## ORDER

The reporter's record in this appeal is more than a month overdue. Accordingly, we **ORDER** court reporter Indu Bailey to file, no later than May 29, 2019, the reporter's record or written verification no hearings were recorded or appellant has not paid or made arrangements to pay for the record. *We notify appellant that if we receive verification the reporter's record has not been requested or appellant has not paid for or made arrangement to pay for the record, we will order the appeal submitted without it. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Scott J. Becker, Presiding Judge of the 219th Judicial District Court; Ms. Bailey; and, the parties.

/s/    KEN MOLBERG
       JUSTICE